IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMAL SHABAZZ,

      Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

      CASE NO. 1D16-2518

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed April 6, 2017.

An appeal from the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Jamal Shabazz, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.